IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Johnson, Darnell | Case Number: 05 B 10151 |
|---|---|---|
| | Johnson, Angel D | Judge: Hollis, Pamela S |
| | Printed: 10/7/08 | Filed: 3/21/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: August 14, 2008
Confirmed: May 16, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 14,891.00 | |
| Secured: | | 3,936.19 |
| Unsecured: | | 8,290.05 |
| Priority: | | 0.00 |
| Administrative: | | 1,894.00 |
| Trustee Fee: | | 770.58 |
| Other Funds: | | 0.18 |
| Totals: | 14,891.00 | 14,891.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 1,894.00 | 1,894.00 |
| 2. | Wachovia Mortgage | Secured | 0.00 | 0.00 |
| 3. | LaSalle Bank NA | Secured | 0.00 | 0.00 |
| 4. | Wachovia Mortgage | Secured | 0.00 | 0.00 |
| 5. | Nuvell Financial Services | Secured | 3,936.19 | 3,936.19 |
| 6. | Peoples Energy Corp | Unsecured | 2,243.45 | 0.00 |
| 7. | Great American Finance Company | Unsecured | 1,126.37 | 1,126.37 |
| 8. | CorTrust Bank | Unsecured | 327.11 | 327.11 |
| 9. | Nuvell Financial Services | Unsecured | 6,504.68 | 6,504.68 |
| 10. | ECast Settlement Corp | Unsecured | 331.89 | 331.89 |
| 11. | AT&T Wireless | Unsecured | 590.02 | 0.00 |
| 12. | American Collection Corp | Unsecured | | No Claim Filed |
| 13. | Capital One | Unsecured | | No Claim Filed |
| 14. | Progressive Insurance Co | Unsecured | | No Claim Filed |
| 15. | Collection Company Of America | Unsecured | | No Claim Filed |
| 16. | First Premier | Unsecured | | No Claim Filed |
| 17. | GC Services Collection Agency | Unsecured | | No Claim Filed |
| 18. | FNB CHICAGO | Unsecured | | No Claim Filed |
| 19. | Professional Account Management | Unsecured | | No Claim Filed |
| 20. | KCA Financial Services | Unsecured | | No Claim Filed |
| 21. | Webster Emergency Physician | Unsecured | | No Claim Filed |
| 22. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 16,953.71 | $ 14,120.24 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Johnson, Darnell  
       Johnson, Angel D  
       Printed:  10/7/08

Case Number:  05 B 10151  
Judge:  Hollis, Pamela S  
Filed:  3/21/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 43.38 |
| 5.5% | 150.48 |
| 5% | 63.00 |
| 4.8% | 100.79 |
| 5.4% | 317.48 |
| 6.5% | 95.45 |
|  | _____ |
|  | $ 770.58 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

       Marilyn O. Marshall, Trustee, by:

